DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**V.P.,** the father,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and
**GUARDIAN AD LITEM,**
Appellees.

No. 4D22-2546

[March 16, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stacey Schulman, Judge; L.T. Case No. 12-4718DP.

Thomas J. Butler of Thomas J. Butler, P.A., Miami, for appellant.

Carolyn Schwarz, Appellate Counsel, Children's Legal Services, Fort Lauderdale, for appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Appellate Division, Statewide Guardian ad Litem Office, and Julie M. Zolty of GrayRobinson, P.A., Defending Best Interest Project, Florida Statewide Guardian ad Litem Office, for appellee Guardian ad Litem.

PER CURIAM.

*Affirmed.*

WARNER, GERBER, and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***